IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,                   No. C 11-02093 CW

    Plaintiff,                                ORDER

  v.

KENNETH TEDFORD LOONEY,

    Defendant.
_____/

    Defendant Kenneth Looney failed to appear at the case management conference held on August 9, 2011.  If Defendant fails to appear at the next case management conference scheduled for Tuesday, September 13, 2011, at 2:00 p.m., the Court will deem him to be in default fOr failing to obey the Court's orders.

    The Court intends to relate this case to 11cv2222.  Any objection must be filed within five days of the date of this order.

Dated: 8/11/2011

CLAUDIA WILKEN
United States District Judge