IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH TEDFORD LOONEY, individually and d/b/a LOONEY'S SMOKEHOUSE a/k/a LOONEY'S SOUTHERN SMOKEHOUSE BAR B QUE; and HTTWO, LLC, an unknown business entity d/b/a LOONEY'S SMOKEHOUSE a/k/a LOONEY'S SOUTHERN SMOKEHOUSE BAR B QUE,<br><br>    Defendants.<br>_____/ | No. C 11-2093 CW<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (Docket No. 25) |

    Plaintiff J & J Sports Productions, Inc., moves for default judgment against Defendant Kenneth Tedford Looney and Httwo, LLC. However, default has not yet been entered against Looney. As the Court stated at the August 9, 2011 case management conference (CMC), which Plaintiff's counsel did not attend, default would be entered against Looney if he fails to appear at the September 13, 2011 case management conference.

    Accordingly, Plaintiff's motion for default judgment is DENIED without prejudice. Plaintiff may renew its motion if default is entered against Looney. A CMC will be held on September 13, 2011 at 2:00 p.m. Plaintiff shall not send substitute counsel without leave of the Court.

    IT IS SO ORDERED.

Dated: 8/25/2011

                                    CLAUDIA WILKEN
                                    United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

        Plaintiff,

  v.

KENNETH TEDFORD LOONEY et al,

        Defendant.

Case Number: CV11-02093 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Tedford Looney
5319 Martin Luther King
Oakland, CA 94609

Dated: August 25, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2