IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH TEDFORD LOONEY, doing business as Looney's Smokehouse, also known as Looney's Smokehouse Bar B Que, and HTWOO, LLC, an unknown business entity, doing business as Looney's Smokehouse, also known as Looney's Smokehouse Bar B Que, <br><br> Defendants. <br> _____/ | No. C 11-2093 CW <br><br> ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

On August 4, 2011, the Clerk entered default as to Defendant Htwoo, LLC, an unknown business entity, doing business as Looney's Smokehouse, also known as Looney's Smokehouse.  On September 13, 2011, the Court found that Defendant Kenneth Looney had defaulted and directed the Clerk to enter default as to Mr. Looney, which the Clerk did on September 16, 2011.  At that time, the Court also instructed Plaintiff J & J Sports Productions, Inc. to file a motion for default judgment within thirty days thereof.

The deadline expired and Plaintiff has not moved for entry of default judgment.  Therefore, the case is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: 11/3/2011

CLAUDIA WILKEN
United States District Judge