IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | No. C 11-02093 CW |
| Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
| v. | |
| KENNETH TEDFORD LOONEY, and HTWOO, LLC | |
| Defendants. | |

Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to Magistrate Judge Ryu to be heard and considered at the convenience of her calendar. The hearing noticed for Thursday, February 2, 2012, is vacated. Magistrate Judge Ryu shall prepare findings and recommendation on the motion.

If Plaintiff seeks a default judgment against Defendant HTWOO, LLC, it must re-notice its motion to include that Defendant. If not, the claims against HTWOO, LLC, will be dismissed for failure to prosecute.

Dated: 1/3/2012

CLAUDIA WILKEN
United States District Judge

cc: MagRef; DMR