IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

       Plaintiff,

   v.

KENNETH TEDFORD LOONEY, and
HTWOO, LLC,

       Defendants.
_____/

No. C 11-02093 CW

ORDER OF REFERENCE
TO MAGISTRATE
JUDGE

Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

If Plaintiff seeks a default judgment against Defendant HTWOO, LLC, it must re-notice its motion to include that Defendant.  If not, the claims against HTWOO, LLC, will be dismissed for failure to prosecute.

Dated: 1/4/2012

CLAUDIA WILKEN
United States District Judge

cc: MagRef