IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | No. C 11-02093 CW |
| Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
| v. | |
| KENNETH TEDFORD LOONEY, and HTWOO, LLC, | |
| Defendants. | |

Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

If Plaintiff seeks a default judgment against Defendant HTWOO, LLC, it must re-notice its motion to include that Defendant. If not, the claims against HTWOO, LLC, will be dismissed for failure to prosecute.

Dated: 1/4/2012

CLAUDIA WILKEN
United States District Judge

cc: MagRef