IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | No. C 11-02093 CW |
|       Plaintiff, | CONDITIONAL ORDER |
|    v. | OF DISMISSAL |
| KENNETH TEDFORD LOONEY, | |
|       Defendant. | |

JOE HAND PROMOTIONS, INC.,                          No. C 11-2222 CW

      Plaintiff,

   v.

KENNETH TEDFORD LOONEY, et al.,

      Defendants.

The Court having been advised that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 90 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.  All pending motions are terminated.

United States District Court
For the Northern District of California

IT IS SO ORDERED.

Dated: 1/26/2012

_____
CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California