IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,                    No. C 11-02093 CW

      Plaintiff,                              CONDITIONAL ORDER
                                                 OF DISMISSAL
   v.

KENNETH TEDFORD LOONEY,

      Defendant.
═══════════════════════════════/
JOE HAND PROMOTIONS, INC.,                       No. C 11-2222 CW

      Plaintiff,

   v.

KENNETH TEDFORD LOONEY, et al.,

      Defendants.
═══════════════════════════════/

    The Court having been advised that the parties have agreed to

a settlement of this cause,

    IT IS HEREBY ORDERED that this cause be dismissed with

prejudice; provided, however, that if any party hereto shall

certify to this Court, with proof of service of a copy thereon on

opposing counsel, within 90 days from the date hereof, that the

agreed consideration for said settlement has not been delivered

over, the foregoing Order shall stand vacated and this cause shall

forthwith be restored to the calendar to be set for trial.  All

pending motions are terminated.

**United States District Court**

For the Northern District of California

1        IT IS SO ORDERED.

2

3   Dated:  1/26/2012

       CLAUDIA WILKEN
       United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28